HOWARD N. MADRIS (State Bar No. 157691)
LAW OFFICE OF HOWARD N. MADRIS, A P.C.
424 S. Beverly Drive
Beverly Hills, California 90212
Telephone: (310) 277-0757
Facsimile: (310) 975-6757
hmadris@madrislaw.com

and

MARK A. SERLIN (State Bar No. 122155)
SERLIN & WHITEFORD, LLP
813 F Street, 2d Floor
Sacramento, CA 95814
Telephone: (916) 446-0790
Facsimile: (916) 446-0791
Email: mserlin@globelaw.com

Attorneys for Plaintiff DRMG, LLC

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SUPERIOR ACQUISITIONS, INC.,<br><br>Debtor. | Adv. Proc. No. 11-1034<br><br>Main Case No. 10-13730<br><br>Chapter 11 |
| DRMG, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LINDA S. GREEN, solely in her capacity as Chapter 11 Trustee for Superior Acquisitions, Inc.; and SUPERIOR ACQUISITIONS, INC.,<br><br>Defendants. | **DRMG, LLC'S MOTION TO DISMISS ALL OF CHAPTER 7 TRUSTEE'S COUNTERCLAIMS PURSUANT TO FED. R. CIV. PROC 12(B)(6), OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. PROC. 12(E)**<br><br><br>Date: May 6, 2011<br>Time: 10:00 a.m.<br>Santa Rosa Courtroom |

LINDA S. GREEN, Chapter 11 Trustee of
the Estate of Superior Acquisitions, Inc.,

Counter-claimant,

v.

DRMG, LLC, a California limited liability
company,

Counter-defendant.

Plaintiff DRMG, LLC hereby moves the Court, pursuant to the provisions of Bankruptcy

Rule 7012 and F.R.Civ.P. 12(b)(6), for an order dismissing eachand every counterclaim set forth

in the "Counterclaim To Determine Validity, Priority, And Extent And Liens; For Damages For

Civil Contempt; To Avoid Post Petition Transfers; And For An Accounting" filed by Defendant

and Counter-claimant Linda S. Green, Chapter 11 Trustee in Bankruptcy of the Estate of

Superior Acquisitions Inc., on the ground that said complaint fails to state facts sufficient to

constitute a claim for relief, or in the alternative, requires a more definite statement.

DATED: March 24, 2011                    LAW OFFICE OF HOWARD N. MADRIS, A P.C.

By: _____
                         Howard N. Madris
                     Counsel for DRMG, LLC