Entered on Docket
September 07, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1 MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, State Bar No. 83684
2 JEAN BARNIER, State Bar No. 231683
645 First St. West, Suite D
3 Sonoma, California 95476
Telephone: (707) 935-3205
4 Email: macclaw@macbarlaw.com

6 Attorneys for Defendant and Counterclaimant
LINDA S. GREEN, CHAPTER 11 TRUSTEE

8 UNITED STATES BANKRUPTCY COURT

9 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 10-13730 |
| SUPERIOR ACQUISITIONS, INC. | (Chapter 7) |
| Debtor. | A.P. No. 11-1034 |
| DRMG, LLC, a California limited liability company; | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| LINDA S. GREEN, Chapter 11 Trustee of the Estate of Superior Acquisitions, Inc.; SUPERIOR ACQUISITIONS, INC. | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

1015.DRMG.DISMISSAL                                                                                                    PAGE 1

The parties having so stipulated (Docket No. 28) and good cause appearing:

IT IS HEREBY ORDERED that the above-entitled action shall be dismissed with prejudice in its entirety. Each side shall bear its owns costs.

Dated: September 7, 2011

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge